UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACY BLACKWELL,

    Plaintiff,

v.                                                 CASE NO. 3:20cv11-MCR-HTC

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

# O R D E R

The magistrate judge issued a Report and Recommendation on July 12, 2021. ECF No. 28. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The magistrate judge's Report and Recommendation, ECF No. 28, is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **AFFIRMED** and this action is **DISMISSED**.

3. The clerk of court is directed to enter judgment accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), **AFFIRMING** the decision of the Commissioner.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** on this 17th day of August 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**